UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GEORGE KINTER AND MARY KINTER,    )
                                  )
                    Plaintiffs,   )    NO.  CV-10-3023-LRS
                                  )
        -vs-                      )    ORDER OF DISMISSAL
                                  )
KEN SALAZAR, et al,              )
                                  )
                    Defendants.   )
_____ )

In response to the Order to Show Cause entered herein on March 7, 2011 (ECF No. 6), counsel for plaintiffs indicated (ECF No. 7) that the issues raised by plaintiffs' Complaint remain active and have not been resolved due to difficulties in locating witnesses and moving forward. Counsel for plaintiffs requested an additional delay of 60 days to attempt resolution and/or to refine the issues raised herein and avoid possible additional legal proceedings.  The court then ordered plaintiffs to file a status report no later than May 27, 2011 setting forth the actions undertaken to resolve and/or move this matter forward on the trial docket (ECF No. 8).  Such status report has not been forthcoming.  The court finds that pursuant to Fed.R.Civ.P. Rule 41(b), this action has not been prosecuted with "reasonable diligence" and will be dismissed. See *Anderson v. Air West, Inc.*, 542 F.2d 522, 524 (9th Cir.1976).  Accordingly,

ORDER OF DISMISSAL - 1

   **IT IS ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with court orders.

   **DATED** this 9th day of June, 2011.


                              *s/Lonny R. Suko*
                         _____
                              LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2